United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY VANDERMAARL,

    Plaintiff,

v.

STEPHEN SANCHEZ,

    Defendant.

Case No. 22-cv-00671-HSG

**ORDER VACATING BRIEFING SCHEDULE, STAYING CASE AND REFERRING CASE FOR SETTLEMENT CONFERENCE**

Re: Dkt. No. 16

    Plaintiff, a state prisoner incarcerated at Kern Valley State Prison, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by personnel at Salinas Valley State Prison ("SVSP"), where he was previously incarcerated. Defendants have informed the Court that the parties have jointly stipulated to vacating the briefing schedule and referring this matter for a settlement conference. Dkt. No. 16. The Court GRANTS the parties' joint requests.

    This case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon. The briefing schedule and related deadlines are VACATED. If settlement proceedings are unsuccessful, the Court will set a new briefing schedule.

//

//

1	In view of the referral, further proceedings in this case are hereby STAYED. The Clerk
2	shall ADMINISTRATIVELY CLOSE this case until further order of the Court.
3	This order terminates Dkt. No. 16.
4	**IT IS SO ORDERED.**
5	Dated: 12/2/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge