UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY VANDERMAARL,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN SANCHEZ,<br><br>    Defendant. | Case No. 22-cv-00671-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2023, the parties filed a stipulated dismissal of the entire case pursuant to Fed. R. Civ. P. 41(a)(1), which states as follows:

> Plaintiff Gary Vandermaarl and Defendant S. Sanchez, through his counsel of record, have resolved this case. Accordingly, the parties move under Federal Rule of Civil Procedure 41(a)(1), to dismiss this action with prejudice as to Defendant S Sanchez.
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. No. 22. The stipulation is signed by both Plaintiff and counsel for Defendant. *Id.* Accordingly, IT IS HEREBY ORDERED THAT this entire action, and Defendant Stephen Sanchez, are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

This order terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated: 5/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge